IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**GBEKE MICHAEL AWALA,**

    **Plaintiff,**

vs.                                                     Case No. 4:07cv132-RH/WCS

**WILLIAM K. SUTER,**
**HEATHER TRENT, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff is an inmate proceeding *pro se* in this civil case and is incarcerated in Philipsburg, Pennsylvania.  Plaintiff initiated this action on March 26, 2007, by filing a complaint nameing William K. Suter, Heather Trent, et al., as Defendants.  Doc. 1.  An order was entered on March 28th, directing Plaintiff to either pay the filing fee, submit an *in forma pauperis* motion, or voluntarily dismiss this action.  Doc. 3.  Plaintiff then submitted an *in forma pauperis* motion, doc. 4, prisoner consent form, doc. 5, and another complaint, doc. 7.  The statement reflecting transactions in Plaintiff's inmate bank account was insufficient, however, and ruling was deferred on the *in forma pauperis* motion.  Doc. 6.  Plaintiff was directed to correct the deficiencies by May 21st.

*Id.* Plaintiff did not so do. However, a subsequent Order gave Plaintiff until June 19, 2007, to correct the deficiencies in his *in forma pauperis* motion as previously explained. Docs. 6, 11. Plaintiff was advised that no further extensions of time would be provided.

Plaintiff has failed to comply with the *in forma pauperis* requirements. Plaintiff's recent filing, doc. 12, is not in accordance with the prior orders and fails to contain any inmate bank account statements. Because Plaintiff has not complied with court orders despite clear instruction and ample opportunity to comply, this case should be dismissed. At such time as Plaintiff is willing to comply with the requirements of 28 U.S.C. § 1915, Plaintiff may re-submit his complaint.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action, filed by Plaintiff Gbeke Michael Awala, be **DISMISSED without prejudice** for failure to comply with court orders.

**IN CHAMBERS** at Tallahassee, Florida, on June 27, 2007.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**